United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-21159
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

CARMELO HERNANDEZ-HERNANDEZ,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-01-CR-43-1
---------------------

Before DeMOSS, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Carmelo Hernandez-Hernandez (Hernandez), federal inmate
# 97237-079, appeals the district court's denial of his motion to
set aside the $1000 fine which was imposed after he pleaded
guilty to being found present in the United States following
deportation.  The propriety of Hernandez's fine is not cognizable
under any postconviction motion.  Because the district court was
without jurisdiction to consider the motion, the district court's
denial of the motion is AFFIRMED.  See United States v. Early, 27

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

F.3d 140, 141 (5th Cir. 1994)(affirming district court's denial of motion to reduce sentence on the merits on alternative basis of lack of jurisdiction).